IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MARQUIS B. WEST,

    Plaintiff,

vs.

CIVIL ACTION NO. 609-087

TAMARA BENNETT and
JOHN PAUL, Deputy Warden,

    Defendants.

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 15th day of April, 2010.

B. Avant Edenfield
United States District Judge
Southern District of Georgia